IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUGARTOWN WORLDWIDE LLC, TOMMY BAHAMA GROUP, INC., and SOUTHERN TIDE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FR STORE, et al.,<br><br>Defendants. | Case No. 20-cv-03298<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Sugartown Worldwide LLC, Tommy Bahama Group, Inc., and Southern Tide, LLC (collectively "Plaintiffs") hereby dismiss this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Berina Store | 22 |
| Taipingqiao | 123 |

Dated this 7th day of August 2020.

Respectfully submitted,

/s/ RiKaleigh C. Johnson

Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
aneu@gbc.law
*Counsel for Plaintiffs Sugartown Worldwide LLC, Tommy Bahama Group, Inc., and Southern Tide, LLC*